*Tisdale Middleton Law Firm, J. Andrew Tisdale, Barry N. Middleton*, for appellant.

*Hull Barrett, David E. Hudson, George G. Robertson*, for appellee.

A15A1281. GLISPIE v. THE STATE.
(801 SE2d 910)

DOYLE, Chief Judge.

In *Glispie v. State*,[1] the Supreme Court of Georgia affirmed in part and reversed in part this Court's opinion in *Glispie v. State*.[2] Accordingly, we vacate Division 1 (b) (ii) of our prior opinion, and we adopt the opinion of the Supreme Court in its place. The judgment of the trial court is affirmed.

*Judgment affirmed. Reese and Self, JJ., concur.*

DECIDED JUNE 20, 2017.

*Clifford L. Kurlander*, for appellant.

---

[1] 300 Ga. 128 (793 SE2d 381) (2016).

[2] 335 Ga. App. 177 (779 SE2d 767) (2015).

*Richard R. Read, District Attorney, Roberta A. Earnhardt, Assistant District Attorney*, for appellee.